IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LINDOLFO GALINDO | § § | |
| Plaintiff | § § | Cause No. 3:17-CV-00080-LS |
| v. | § § | |
| JONES MOTOR CO., INC. and RICK RIDGEWAY | § § § | |
| Defendants. | § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE LEON SCHYDLOWER:

The parties, Plaintiff Lindolfo Galindo, Defendant Jones Motor Co., Inc., Defendant Rick Ridgeway, and Intervenors WHC, LLC and Zurich American Insurance Company now file this Joint Motion to Dismiss With Prejudice respectfully showing the Court the following:

wThe Parties have reached a compromise and settlement of any and all claims, asserted or assertable, in the above-entitled and numbered cause of action, with each party bearing their own costs and attorney's fees.

Accordingly, the Parties pray this Court grant this Joint Motion to Dismiss with Prejudice, and dismiss the above captioned caused with prejudice, with each party to bear their own attorney's fees and costs.

*<Signature Page Follows>*

1

Respectfully submitted,

SCHERR & LEGATE, PLLC
109 N. Oregon, 12th Floor
El Paso, Texas 79901
(915) 544-0100 (Telephone)
(915) 532-1759 (Facsimile)

By: /s/ Oscar Mendez, Jr.
OSCAR MENDEZ JR.
TX State Bar No. 24058473
omendez@scherrlegate.com

*Attorney for Plaintiff Lindolfo Galindo*

By: /s/ Oscar A. Lara
RINCON LAW GROUP, P.C.
1014 N. Mesa, Suite 200
El Paso, Texas 79902
(915) 532-6800 (Telephone)
(915) 532-6808 (Facsimile)
CARLOS RINCON,
TX State Bar No. 16932700
CRincon@rinconlawgroup.com
OSCAR A. LARA
TX State Bar No. 24078827
OLara@rinconlawgroup.com

*Local Counsel for Jones Motor Company, Inc. and Rick Ridgeway*

/s/ John Robert, III
CAROLINE T. WEBB
TBN: 24051497
FBN: 613260
Weslayan Tower
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
(713) 355-6062 Telephone
(713) 572-9129 Facsimile
cwebb@preisplc.com

AND

JOHN L. ROBERT, III
TBN: 24077753
WDBN: *Subject to Admission Pro Hac Vice*
102 Versailles Blvd., Ste. 400
Post Office Drawer 94-C
Lafayette, Louisiana 70509
Telephone: (337) 237-6062
Facsimile: (337) 237-9129
jrobert@preisplc.com

*Counsel for WHC, LLC and*
*Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

    I certify a true and correct copy of the foregoing document was served on the parties through their counsel of record on this 30th day of May, 2018, through the Court's ECF electronic filing system.


    */s/ Oscar A. Lara*
    OSCAR A. LARA