**FILED**

**MAY 31 2018**

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LINDOLFO GALINDO, | § | |
| Plaintiff, | § | |
| v. | § | EP-17-CV-00080-LS |
| JONES MOTOR CO., INC., AND RICK RIDGEWAY, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Today the Court dismissed this lawsuit, and now enters final judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is ordered that this cause is **DISMISSED WITH PREJUDICE**.

It is further ordered that any settings in this matter are **VACATED**.

It is further ordered that all pending motions in this cause, if any, are **DENIED AS MOOT**.

Finally, the Clerk is ordered to close this case.

**SIGNED and ENTERED** this 31st day of May, 2018.

_____
LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE